# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



UNDER SEAL

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH YOUTUBE ACCOUNT AFGHANAZIZ12@GMAIL.COM STORED AT PREMISES CONTROLLED BY GOOGLE, INC

Case No. 1:19-SW-275

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
YOUTUBE ACCOUNT INFORMATION ASSOCIATED WITH THE FOLLOWING GOOGLE ACCOUNT : AFGHANAZIZ12@GMAIL.COM

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 1001 | False Statements |

The application is based on these facts:
See Attached Affidavit

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Reviewed by AUSA/SAUSA:

AUSA Danya E. Atiyeh

Austin Bass, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___04/04/2019___

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

*Judge's signature*

City and state: Alexandria, Virginia

Honorable Theresa C. Buchanan , U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to YouTube account information associated with the following Google accounts:

AZIZRAHAMI33@GMAIL.COM   (SUBJECT ACCOUNT 1)
AFGHAN4LIFE82-3680@PAGES.PLUSGOOGLE.COM  (SUBJECT ACCOUNT 2)
AWSOMEMAN42@GMAIL.COM(SUBJECT ACCOUNT 3)
AFGHANAZIZ12@GMAIL.COM  (SUBJECT ACCOUNT 4)
LOVETHEKILL767@GMAIL.COM  (SUBJECT ACCOUNT 5)

that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Pkwy, Mountain View, CA 94043.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Google, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to requests made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

1. All records and information associated with the accounts listed in Attachment A for the following, as applicable, for each account: **YouTube:**

    a. All videos watched, search terms, shares, playlists, uploads, liked/favorited, images, posts, comments made, comments received, messages, conversations and communications associated with the subject YouTube Accounts and YouTube channels listed in Attachment A, whether public, private or unlisted and whether made by the account holder or another person, including stored or preserved copies of such material, and including videos or other material that YouTube may have removed for violent or graphic content.

    b. All logs and records associated with the subject Account, to include Google accounts, channels, or other identifiers for the Account user.

    c. All records or other information regarding the identification of the account holder, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the

      account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number).

    *d.* All device-specific information (hardware model, operating system version, unique device identifiers, and mobile network information including phone number) and location information associated with the account or identifier, whether for registration or for each time the account was accessed or used to post the identified videos.

    *e.* All records pertaining to communications between the Provider and any person regarding the subject Account, associated accounts or associated channels, including contacts with support services and records of actions taken.

    *f.* All videos, images, posts, comments, messages, conversations and communications made by the user of the subject Account and identifiers listed in Attachment A, on any other YouTube or Google page, channel, video or site, made while logged in to the subject Account and identifiers or made when not logged in.

**II. Information to be seized by the government**

2. Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate any evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1001 occurring after January 1, 2016 to the present,

including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

   a. Any information relating to the viewing of videos involving Islamic extremism, jihadism, violent jihadism or violent interpretations of Islam;

   b. Any information or material indicating SUBJECT made materially false, fictitious, or fraudulent statements to the FBI related to his viewing of videos involving Islamic extremism, jihadism, violent jihadism, or violent interpretations of Islam, including the identification of any accounts through which SUBJECT may have viewed such videos.

   c. Evidence indicating the user(s) of the SUBJECT ACCOUNTS state of mind as it relates to the crimes under investigation;

   d. Passwords or other information needed to access user's computer or other online accounts.

### III. Search Procedure

3. The warrant will be executed under the Electronic Communications Privacy Act, in particular 18 U.S.C. § 2703(a), (b)(l)(A), and (c)(l)(A), and will require Google to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of this attachment.

4. During its review of the information received from Google under this warrant, law enforcement will segregate the information into two groups: (i) information that is responsive to the warrant and that the government may therefore seize; and (ii) information that is not responsive to the warrant. This review will be performed within a reasonable amount of time not to exceed 180 days from the date of execution of the

warrant. If the government needs additional time to conduct this review, it may seek an extension of the time period from the Court.

5. Information that is responsive to the warrant will be copied onto a separate storage device or medium. Responsive information may be used by law enforcement in the same manner as any other seized evidence. Information that is not responsive to the warrant will be sealed and stored on a secure medium or in a secure location. Nonresponsive information will not be reviewed again without further order of the Court (e.g., subsequent search warrant or order to unseal by the district court).

6. The government will retain a complete copy of the information received from Google for a number of reasons, including proving the authenticity of evidence to be used at trial, responding to questions regarding the corruption of data, establishing the chain of custody of data, refuting claims of fabricating, tampering, or destroying data, and addressing potential exculpatory evidence claims where, for example, a defendant claims that the government avoided its obligations by destroying data or returning it to a third party.