FILED

# UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

2019 MAY -1 P 3: 04

**UNDER SEAL**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>**INFORMATION ASSOCIATED WITH YOUTUBE ACCOUNT<br>AFGHANAZIZ12@GMAIL.COM STORED AT PREMISES<br>CONTROLLED BY GOOGLE, INC.** | ) ) ) ) ) ) ) | Case No. 1:19-SW-275 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*
YOUTUBE ACCOUNT INFORMATION ASSOCIATED WITH THE FOLLOWING GOOGLE ACCOUNT:
AFGHANAZIZ12@GMAIL.COM

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 18, 2019___
*(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Theresa C. Buchanan___ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __April 4, 2019  11:00am__

Theresa Carroll Buchanan
United States Magistrate
*Judge's signature*

City and state: ___Alexandria, Virginia___ ___Honorable Theresa C. Buchanan, U.S. Magistrate Judge___
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: <br> 1:19-SW-275 | Date and time warrant executed: <br> Apr 15 2019  1100 | Copy of warrant and inventory left with: <br> Google Inc |
| Inventory made in the presence of : FBI SA CAITLIN MCGOVERN |||
| Inventory of the property taken and name of any person(s) seized: <br><br> Digital records received from provider electronically regarding subject account. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-1-19

_____
Executing officer's signature

SA Daniel Abrams
*Printed name and title*